UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of October, two thousand and fourteen,

_____

| | |
|---|---|
| Gregory G. Harris, as Trustee of Kathleen A. Demas' Bankruptcy Estate, | ORDER<br>Docket No: 14-2438 |
|   Plaintiff - Appellant, | |
| v. | |
| New York State Department of Correctional Services, Brian Fischer, in his official capacity as the Commissioner of the New York State Department of Correctional Serivces, Michael Waite, in his individual capacity, | |
|   Defendants - Appellees. | |

_____

  Counsel for APPELLANT Gregory G. Harris has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting October 15, 2014 as the brief filing date.

  It is HEREBY ORDERED that Appellant's brief must be filed on or before October 15, 2014. The appeal is dismissed effective October 15, 2014 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

                     For The Court:

                      Catherine O'Hagan Wolfe,
                      Clerk of Court

